

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
## AT Chattanooga

FILED
DEC 12 2024
Clerk, U.S. District Court
Eastern District of Tennessee
At Chattanooga

Charlotte Y Holmes )
2880 Heber Ave )
Memphis TN 38114 )
Name of plaintiff(s) )
)
v. )   Case No. 1-24-CV-385
)   (to be assigned by Clerk)
Chattanooga Police Dept (CPD) )
Chief Johnathan Chambers )
Unk John Doe Officers )
Name of defendant(s) )

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

- ADA
- 42 USC §1983 indifference to medical needs
- 42 U.S.C. 1983 4th Amendment Excessive force

2. Plaintiff, Charlotte Y Holmes resides at 2880 Heber Ave, Memphis
   street address / city
   Shelby, TN, 38114  901-428-9348
   county / state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

Chief Johnathan Chambers in his official Individual capacity

Unk John Doe Police Officers

1

3. Defendant, __CPD et Al__ lives at, or its business is located at
__100 E #11th Street Suite 200__, __Chattanooga__,
street address                                                                 city
__Hamilton__, __TN__, __37402__.
county                          state              zip code

(if more than one defendant, provide the same information for each defendant below)

Suite 200  City Hall Annex
100 E 11th St
Chattanooga TN 37402

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

See Sheet

2

1. On December 13, 2023, at approximately 9:30pm, I was arrested by the Chattanooga Police Department on several charges. These charges included resisting arrest, false report, obstruction of justice, assault on a law enforcement officer, disorderly conduct, improper registration and driving left of the center's lane. I was then placed in a squad car and driven to the Hamilton County Jail. When we arrived at the Hamilton County Jail, I noticed that I was walking funny and my left foot was swollen. Although I mentioned it to the transporting officer; he ignored me. I was taken into the building where he continued to ask me questions to complete his paperwork, but failed to tell the intake correctional deputy that I could possibly need medical attention.

2. At all times herein mentioned, Plaintiff was acting in a reasonable and prudent manner and my behavior was consistent with my mental health disabilities of PTSD and Borderline Personality Disorderq.

3. There is no dispute that a broken bone is a serious medical need.. And it is essential to get treatment as soon as possible. Although this Court is under the 6th Circuit, The 11th Circuit says that a six hour delay for a broken foot is sufficient for a deliberate indifference claim. From the time I was arrested at 9:30pm on December 13 until I went to Erlanger East the next day at 9 or 9:30 am it was about 12 hours that I did not receive any medical attention for my broken foot which is a sufficient delay.

4. CPD also did not provide a reasonable accommodation for my disability which is a violation of the ADA. A municipality violates the ADA where the police arrest a person for a crime unrelated to the disability, but the police fails to reasonably accommodate causing the individual to suffer greater injury or indignity in the process than other arrestees.

5. CPD used excessive force which is a violation of the Fourth Amendment of the U.S. Constitution which protects against unreasonable searches and seizures. It

encompasses the use of unreasonable force by law enforcement during an arrest or using more force than necessary.

## PRAYERS FOR RELIEF

WHEREFORE, Plaintiff pray for the following relief:

- That process issue;
- That a jury be impaneled to hear the controversy before this Court;
- That the Plaintiff be awarded all of the Constitutional violations, compensatory and actual damages in the amount not less than Three million dollars ($3,000,000);
- That punitive damages be awarded against the Defendants in the amount of Five Million Dollars ($5,000,000);
- That the Court ordered reasonable attorney's fees pursuant to 42 U.S.C. §1983 and 11 U.S.C. §1988, along with any costs and expenses in the prosecution of this action.

I hereby certify under penalty of perjury that the above complaint is true to the best of my information, knowledge and belief.

Signed this __12th__ day of __December__, 20__24__.

Charlotte Y Helms
2860 Heber Ave
Memphis TN 38114
misstot318@icloud.com